ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

HAROLD DENNIS

Criminal No.

3-14CR-361-K

## WAIVER OF INDICTMENT

Harold Dennis has been informed that a one-count information has been filed which accuses her of violating 18 U.S.C. § 371 (Conspiracy to Commit Wire Fraud). Dennis, being advised of the nature of this charge and the felony information, understands the following:

1. He has the right to have his case presented to a federal grand jury.

2. The grand jury must consist of citizens of the Northern District of Texas, and the grand jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed."

3. He may waive or give up his right to have his case presented to the grand jury.

4. He has discussed the right to waive or give up having his case presented to the grand jury with his attorney and his attorney has fully explained the consequences of waiving this right.

After consultation with counsel, Dennis voluntarily, knowingly and intelligently waives in open court her right to have his case presented to a federal grand jury and

Waiver of Indictment - Page 1 of 2

consents that the prosecution may proceed by the information filed in this case rather than by indictment.

Signed this __19__ day of ~~May~~ sept 50, 2014.

_____
HAROLD DENNIS
Defendant

_____
SAM OGAN
Attorney for Defendant

Waiver of Indictment - Page 2 of 2